April 27, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the defendants from placing a meter on their fire-extinguishing plant where it connects with the city water mains.

*Thomas F. Magner* for appellant.

*Archibald R. Watson,* Corporation Counsel (*James D. Bell* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

IDA BLUMQUIST, as Administratrix of the Estate of CARL J. BLUMQUIST, Deceased, Respondent, *v.* THE SNARE & TRIEST COMPANY, Appellant, Impleaded with Others.

*Blumquist* v. *Snare & Triest Co.,* 135 App. Div. 709, affirmed.
(Argued January 11, 1911; decided January 27, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1909, upon an order which reversed a judgment in favor of defendant entered upon an order of the trial court setting aside a verdict in favor of plaintiff and dismissing the complaint and directed reinstatement of said verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*L. W. Thompson* and *Hector M. Hitchings* for appellant.

*Martin T. Manton* and *Burt L. Rich* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.